# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-2300

_____

Marlene Fearing,                                  *
                                                  *
                Appellant,                        *
                                                  *   Appeal from the United States
M.A. Fearing Companies, Inc.; M.A.                *   District Court for the
Fearing, Inc.; Progressive Real Estate,           *   District of Minnesota.
Inc.,                                             *
                                                  *   [UNPUBLISHED]
                Plaintiffs,                        *
                                                  *
        v.                                        *
                                                  *
City of Lake St. Croix Beach; Mary                *
Parr; Robert 'Bob' Swenson; Linda                 *
O'Donnell, personally and as                      *
employees/agents of City of Lake St.              *
Croix,                                            *
                                                  *
                Appellees.                        *

_____

Submitted: November 5, 2007
Filed: November 8, 2007

_____

Before WOLLMAN, COLLOTON, and BENTON, Circuit Judges.

_____

PER CURIAM.

Marlene Fearing appeals the district court's[1] dismissal of a complaint wherein Fearing and three business entities asserted claims under 42 U.S.C. § 1983 and state law. The business entities were dismissed from this appeal after they failed to respond to a show-cause order related to the need for appellate counsel. Thus, the only issue that remains is the dismissal without prejudice of Fearing's state-law claims, over which the district court declined to exercise supplemental jurisdiction, see 28 U.S.C. § 1367(c)(3), and we find no abuse of discretion, see Gibson v. Weber, 433 F.3d 642, 647 (8th Cir. 2006) (standard of review). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota.

-2-